UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DICKINSON R. DEBEVOISE |
| | | UNITED STATES DISTRICT JUDGE |
| | : | CRIMINAL NO. 09-00901-001 |
| v. | : | |
| | : | **CONSENT ORDER TO RETURN** |
| | : | **PASSPORT** |
| THERESA GUERGES | : | |

This matter having been opened to the Court by the Defendant, Theresa Guerges, by her attorney, Patrick N. McMahon, Esq., Assistant Federal Public Defender and the United States Attorney for the District of New Jersey (Charlton A. Rugg, Esq., Assistant U.S. Attorney appearing) for an Order returning to Defendant her United States Passport and Egyptian Passport which she surrendered to the Office of Pretrial Services as a condition of her release on bail, and the Court having considered the arguments of counsel, the consent of the United States Attorney's Office, the consent of the Office of Pretrial Services, and for good cause shown;

WHEREFORE IT IS HEREBY ORDERED on this 9th day of June, 2010, that the Office of Pretrial Services shall return to Defendant her United States Passport and Egyptian Passport.

_____
HONORABLE DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE

Consented to:

_____
Charlton A. Rugg, Esq.
Assistant U.S. Attorney